UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-61416-CIV-ROSENBAUM/DUBÉ

KENNETH L. McKINNEY,

        Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION

This matter is before the Court upon the July 17, 2012, Report and Recommendation of Magistrate Judge Robert L. Dubé [D.E. 30]. No objections to the Report have been filed, and the time for filing such objections has passed. Consequently, Magistrate Judge Dubé's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no objections have been filed, the Court has conducted a *de novo* review of the Report and of the record and is otherwise fully advised in the premises. The Court agrees with Magistrate Judge Dubé's recommendation that Plaintiff's Motion for Summary Judgment [D.E. 19] should be **DENIED** and that Defendant's Motion for Summary Judgment [D.E. 22] should be **GRANTED**.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Report and Recommendation of Magistrate Judge Robert L. Dubé [D.E. 30] is **ADOPTED and APPROVED**;

2. Plaintiff's Motion for Summary Judgment [D.E. 19] is **DENIED**;

3. Defendant's Motion for Summary Judgment [D.E. 22] is **GRANTED**.

4. Pursuant to Rule 58(a), Fed. R. Civ. P., judgment shall be entered separately.

**DONE and ORDERED** at Fort Lauderdale, Florida, this 15th day of August 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES DISTRICT JUDGE

copies:

Counsel of Record